**Tamilla L. Barnard RAMSEY, Plaintiff–Appellant,**

v.

**Michael J. ASTRUE, Defendant–Appellee.**

**No. 07–1750.**

United States Court of Appeals, Fourth Circuit.

Submitted: May 29, 2008.

Decided: June 17, 2008.

V. Lamar Gudger, III, Gudger & Gudger, P.A., Asheville, North Carolina, for Ap-

pellant. Gretchen C.F. Shappert, United States Attorney, Paul B. Taylor, Assistant United States Attorney, Robert J. Triba, Chief Regional Counsel, Region I, Jason W. Valencia, Special Assistant United States Attorney, Social Security Administration, Boston, Massachusetts, for Appellee.

Before KING and SHEDD, Circuit Judges, and WILKINS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tamilla L. Bernard Ramsey appeals the magistrate judge's order affirming the Commissioner's decision to deny supplemental security income.* We must uphold the decision to deny benefits if the decision is supported by substantial evidence and the correct law was applied. *See* 42 U.S.C. § 405(g) (2000); *Craig v. Chater*, 76 F.3d 585, 589 (4th Cir.1996). We have thoroughly reviewed the parties' briefs, administrative record, and the materials submitted in the joint appendix, and find no reversible error. Accordingly, we affirm. *See Ramsey v. Astrue*, No. 1:06–cv–00234–DLH (W.D.N.C. June 2, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

---

* The parties consented to the jurisdiction of the magistrate judge in accordance with 28 U.S.C. § 636(c) (2000).